**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01552-CV

**BRIAN MAURICE FULLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-51976-I**

## ORDER

The reporter's record in this appeal is overdue.  On April 23, 2013, we ordered the record filed, but the order was directed to the wrong court reporter.

Accordingly, this Court **ORDERS** Velma Loza, official court reporter of the Criminal District Court No. 2, to file, within **THIRTY DAYS** of the date of this order, either:  (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not made payment arrangements for the reporter's record.  *We notify appellant that if we receive verification that he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order by electronic transmission, to Velma Loza, official court reporter, Criminal District Court No. 2, and to counsel for all parties.

/s/    ELIZABETH LANG-MIERS
           JUSTICE